■ It appears from the record that appellant contended at the trial that it was incumbent upon the state to prove that the whisky was transported on a public highway, street or alley.

The prosecution was for violation of art. 666–4(b), Vernon's Ann.P.C., and not under art. 666–27, V.A.P.C. Art. 666–4(b) makes the transportation of whisky in a dry area an offense, without regard to whether it is transported upon a public highway.

■ The evidence sustains the conviction and no reversible error is found.

The judgment is affirmed.

MORRISON, Judge.

The offense is murder; the punishment, life.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## WOODS v. STATE.

### No. 26599.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

